# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUSTO COLUMBIE ARGOTA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| -vs- | ) Case No. CIV-10-344-F |
| | ) |
| DAVID MILLER, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On August 25, 2010, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation, wherein he recommended that petitioner, Justo Columbie Argota's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied.

Presently before the court is petitioner's objection to Magistrate Judge Argo's Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with Magistrate Judge Argo's thorough analysis and recommendation as to petitioner's habeas petition. The court finds petitioner's objection to the Report and Recommendation to be without merit. The court therefore accepts, adopts and affirms Magistrate Judge Argo's Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo on August 25, 2010 (doc. no. 14) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Petitioner, Justo Columbie Argota's Petition Under

28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is **DENIED**. Judgment shall issue forthwith.

DATED September 30, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0344p002.wpd